## JONES v. STATE.

### No. 17573.

Court of Criminal Appeals of Texas.

May 15, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for felony theft, punishment being eight years in the penitentiary.

The indictment charges appellant with theft of more than a thousand dollars.

The record contains no statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

MORROW, P. J., absent.